STATE v. FRANK H. SHORT.

(For syllabus see State *v.* Addington, *ante*, page 541.)

CRIMINAL ACTION tried before *Bryan, J.*, and a jury, at Spring Term, 1897, of BEAUFORT Superior Court, on appeal from judgment of a Justice of the Peace. Upon a special verdict, substantially the same as in *State* v. *Addington, ante*, his Honor entered a verdict of not guilty, and the State appealed.

*Mr. Zeb V. Walser, Attorney General*, for the State, (appellant).

*Mr. W. B. Rodman*, for defendant.

FAIRCLOTH, C. J.:    This case is governed by *State* v. *Addington*, at this Term.

## CASES DISPOSED OF WITHOUT WRITTEN OPINIONS.

No. 53.    H. C. WHITEHURST *v.* EAST CAROLINA LAND AND RAILWAY COMPANY; from Craven.    Appeal by defendant; dismissed by consent of appellant.

No. 138.    J. C. MARCOM, Administrator of W. H. Bledsoe, *v.* P. T. WYATT et al; from Wake.    Appeal by defendant, M. A. Bledsoe.

*Per Curiam:*    Appeal dismissed under Rule 16.

No. 139.    D. W. POPE et al. *v.* H. A. COATS et al; from Harnett.    Appeal by defendants.

*Per Curiam:*    New trial.